10/17/2020

Your Honor,

I would like to humbly apologize for my oversight and request an extension so that I may have adequate time to complete credit counseling. I had attended a finance management course through my employer previously which I mistakenly perceived as sufficient for meeting the credit counseling requirement for bankruptcy. Unfortunately I was wrong. At this point I have completed the recommended credit counseling course online and am just waiting to review my Financial Analysis with a Credit Counselor at which time I will be issued a certificate of completion. Please pardon my lack of experience your Honor as this is all new to me and I am facilitating this bankruptcy petition without an attorney as I cannot afford one.

Thank you,

Clinton Jerome Hugo

U.S. COURTS

OCT 19 2020

Rcvd_____ Filed ____ Time 11:12
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO