# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>**Clinton Jerome Hugo,**<br><br>Debtor. | Case No. 20-00907-JMM<br><br>Chapter 11, Subchapter V |

## ORDER GRANTING DEBTOR'S MOTION TO EXTEND CREDIT COUNSELING DEADLINE

Before the Court is Debtor's motion to extend the deadline for completing the credit counseling requirement found in § 109(h). Dkt. No. 9. The Court concludes appropriate cause for such extension has been shown. Accordingly,

**IT IS HEREBY ORDERED** that Debtor's motion to extend the deadline for completing credit counseling pursuant to § 109(h), Dkt. No. 9, shall be and is hereby **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that Debtor must file his certificate of completion of credit counseling on or before <u>Friday, October 30, 2020</u>, or his case will be dismissed.

DATED: October 20, 2020

_____
JOSEPH M. MEIER
CHIEF U. S. BANKRUPTCY JUDGE

ORDER - 1